IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL COADY, *et al.*<br><br>    *Plaintiffs*,<br><br>v.<br><br>NATIONWIDE MOTOR SALES CORP., *et al.*,<br><br>    *Defendants*. | Civil Action No.: 1:20-CV-01142 |

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE**

Upon consideration of the Joint Motion for Approval of Settlement filed by Plaintiffs Michael Coady, *et al.* (collectively "Plaintiffs"), jointly with Defendants Nationwide Motor Sales, Inc. *et al.* (collectively "Defendants"), (ECF No. 94 ), the Court hereby **GRANTS** the Motion and approves the settlement between Plaintiffs and Defendants (hereinafter, collectively referred to as "the Parties") based on the following findings:

1. The Parties have provided the Court with sufficient information to conclude that the settlement is fair and reasonable and is an equitable compromise of disputed facts and claims. In addition, the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA according to the factors that have been cited in other actions before the District Court.

2. The Court finds that the settlement was the product of arms' length negotiations between Counsel for the Parties, who are experienced in the field of FLSA litigation.

3. The attorneys' fees and costs to be paid under the settlement agreement are separately stated, and Counsel has provided sufficient information to permit the Court to conclude that the fees and costs represent payments that are below the amounts that would be charged for the

services rendered at counsel's reasonable hourly rates. The amount allocated in the Settlement Agreement for attorneys' fees and costs bears a reasonable relationship to the amount of time expended by counsel, and the amount being paid to Plaintiffs under the Agreement.

  WHEREFORE, the Court Hereby Orders that:

- The Joint Motion for Approval be and is hereby GRANTED;
- The Settlement Agreement is APPROVED; and
- This case is DISMISSED WITH PREJUDICE in its entirety.

\_7/19/23_____/S/_____
Date               Matthew J. Maddox
                 United States Magistrate Judge